20052—Williams F. Hess, Auditor of Hamilton County v. Federal Union Life Ins. Co; motion for Hamilton Apeals to certify. S. Bell and C. S. Durr, Cincinnati, for pltff; Waite, Schindel & Bayless, Cincinnati, for deft.

20054—William F. Hess, Auditor of Hamilton County v. Western and Southern Ins. Co; motion for Hamilton Appeals to certify. C. S. Bell and C. S. Durr, Cincinnati, for pltff; Waite, Schindel & Bayless, Cincinnati, for deft.

20053—William F. Hess, Auditor of Hamilton County v. Union Central Ins. Co; motion for Hamilton Appeals to certify. C. S. Bell and C. S. Durr, Cincinnati, for pltff; Waite, Schindel & Bayless, Cincinnati, for deft.

20055—William F. Hess, Auditor of Hamilton County v. Ohio National Life Ins. Co; motion for Hamilton Appeals to certify. C. S. Bell and C. S. Durr, Cincinnati, for pltff; Waite, Schindel & Bayless, Cincinnati, for deft

### AUGUST 9, 1926

20056—George C. Baugham v. Herschede Motor Car Co; motion for Hamilton Appeals to certify. H. E. Beebe, Cincinnati, for pltf; Clark & McCouley and B. E. Robinson, Cincinnati, for deft.

## THIS WEEK'S DIGEST
## Cases Published in the Abstract

### 32. ADMINISTRATORS

Where administratrix acts in a fiduciary capacity in the interests of the trust (1197), a bond need not be filed on appeal from an order of Probate Court (957), ordering distribution of proceeds from sale of real estate to pay debts. Watson Admx. v. Watson et, OA. 4 Abs. 534.

### 167. BONDS (Surety). See 639 Injunctions; 685 Justice of the Peace.

### 230. CHILDREN. See 480 Evidence; 949 Presumptions.

### 261. COMMON LAW MARRIAGE

Even though parties co-habitated illicitly (551), if they agreed to live together as man and wife, followed by present co-habitation, the relationship would constitute a common law marriage. Dirion v. Brewer, Admr., OA. 4 Abs. 533.

### 276. CONDITIONAL SALES

Conditional sale vendee not entitled to have tendered back portion of purchase price on default if he is a contractor. Meyer v. Beutler; OA. 4 Abs. 529.

### 297. CONTRACTS. See 1235 Verdicts.

### 313. CORPORATIONS. See 797 Municipal Corporation.

### 327. COURTS. See 543 Forcible Entry & Detainer.

### 329. COVENANTS

Where restrictive covenant in deed (367), prohibits the erection or maintenance of a double or duplex house, it would apply to a single house remodeled into a duplex for use of two families. Upper Arlington Co. v. Lawwell; OA. 4 Abs. 534.

### 355. DAMAGES

No money damages allowed when sewage in abandoned sewer backed into plaintiff's basement in a small proportion to the water claimed to have been pumped out, as damages are impossible to estimate. Frank Tea Co. v. Schreiber & Sons; OA. 4 Abs. 533.

Where an excavating landowner is damaged by the falling of a wall of an adjoining landowner, the former exercising due care and notifying the latter of his intention of excavating; and where the latter was guilty of negligence (829) in construction, the former is entitled to recover damages. Davis, Agt. v. Sap; OA. 4 Abs. 532.

### 367. DEEDS

Where evidence (480) shows that grantor did not possess metal capacity necessary to make a deed or transact business, deed will be declared null and void and set aside. Leugers et v. Leugers et; OA. 4 Abs. 535.

See also 329 Covenants; 1175 Title.

### 480. EVIDENCE

Statement before death of mother, that child (230), was legitimate, held competent as excepion to hearsay rule. Dirion v. Brewer, Admr.; OA. 4 Abs. 533.

See also 367 Deeds.

Industrial Commission (631) is not bound by the usual common law and statutory rules of evidence. Jasionowski v. Indus. Com.; OA. 4 Abs. 530.

### 542. FORECLOSURE

When a mortgagee (787), has filed an answer and cross petition in a foreclosure suit brought by the holders of a judgment lien, is it necessary that the wife of the owner of an equity of redemption in the subject property be named a party and service of summons obtained on her on the cross petition? Jankowski v. Fitzsimmons et; OS. Pend. 4 Abs. 536.

### 543. FORCIBLE ENTRY & DETAINER

In forcible entry and detainer cases heard in Municipal court, it is not necessary to obtain leave of court (327) to file a petition in error in the common pleas court. Rocca v. Rosensteil; OA. 4 Abs. 534.

### 551. FORNICATION. See 261 Common Law Marriage.

### 631. INDUSTRIAL COMMISSION. See 480 Evidence.

### 639. INJUNCTIONS

Surety on injunction bond (167) is estopped to deny failure of execution and delivery of bond upon dissolution of injunction; the bond being a vital element, necessary to the granting of such relief. New Amesterdam Cas. Co. v. Luft; OA. 4 Abs. 532.